**BUHLER v. SANFORD, Warden.**

No. 9385.

Circuit Court of Appeals, Fifth Circuit.

March 15, 1940.

Rudolph J. Buhler, in propria persona, for appellant.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and Jas. T. Manning, Asst. U. S. Attys., all of Atlanta, Ga., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

The sentences aggregating six years and six days under indictment No. 9151 were not invalid for any reason urged in the petition. The validity of the sentence to imprisonment for ten years under indictment No. 8824 is not now for decision, since the petitioner is not held at present by virtue of that sentence.

Judgment affirmed.